```
Apple Goldman Sachs Bank
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

Home Depot Credit Services
PO Box 790034
St. Louis, MO 63179

SYNCB/PPC
PO Box 960013
Orlando, FL 32896

SYNCB/Venmo
170 Election Road
Suite 125
Draper, UT 84020

Wells Fargo Home Morgage
P.O Box 10335
Des Moines, IA 50306

Wilfredo Rosado et al
c/o David S. Goldberg, Esq.
Goldberg & Oriel
199 Wells Avenue, Ste. 209
Newton Center, MA 02459
```

**United States Bankruptcy Court**
District of Massachusetts

In re __Denise Cassano__  
Debtor(s)

Case No. _____  
Chapter __13__

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: __02/06/2023__    _/s/ Denise Cassano_  
**Denise Cassano**  
Signature of Debtor